1:25·cv·263

**Exhibit Index**

**Exhibit A: Affidavit of Probable Cause and Arrest Warrant** – Highlights 9-day delay and possible backdating.

**Exhibit B: Police Reports** – Officer Fusco and Landfried's reports, showing delayed submission and contradictions.

**Exhibit C: Bodycam / MVR Evidence Log** – Evidence of missing or tampered footage, supports Brady violation.

**Exhibit D: Chain of Custody / Lab Submission** – Conflicting drug weight entries and lack of logging.

**Exhibit E: Medical Records** – No ambulance or emergency dispatch, untreated injuries from police action.

**Exhibit F: Witness Statement** – Text messages confirming crash and video deletion under duress.

**Exhibit G: Geico Denial Letter** – Denial based on police seizure, obstructed investigation.

**Exhibit H: Criminal Docket and Filing Timeline** – Charges filed 9 months late, key hearing irregularities.

**Exhibit I: Personal Declaration / Timeline** – Sworn timeline and narrative of all events by plaintiff.

**Exhibit J: DOJ Response** – Acknowledgement and complaint number 320168-PCX.

DATED: JULY 16TH, 2025