**Exhibit B**

Police Reports - Officer Fusco and Landfried's reports, showing delayed submission and contradictions.

## ERIE POLICE DEPARTMENT
### FIELD CASE REPORT          CASE# 2020-00027837

---

### NARRATIVE

E1 (PTLM DUSTIN M LANDFRIED #465)
DATE: AUGUST 17, 2020
INC #: 20-00027837
RE: TRAFFIC STOP IN THE 500 BLK OF E 18TH ST, ERIE, PA @ APPROX 1833 HRS

On Monday, August 17th, I was working an extra patrol detail, under the direction of the Erie County Gun Task Force, from 1600 hours to 2200 hours, as E1. I was dressed in full police uniform, and riding in a fully marked PSP patrol vehicle with Trooper Francis Fusco (K9). The roads were clear and dry, and there were no adverse weather conditions inhibiting my ability to see.

At approximately 1833 hours, we were traveling East on E 18th St, from German St. As we approached the intersection of E 18th and Parade St, the east/west light was red and the north/south light was green. We were the first car at the red light and were facing East. As we looked to the North, we did observe a white in color sport bike as it traveled South on Parade St in the 1700 Blk. There were multiple cars ahead of the sport bike. Upon seeing our fully marked patrol vehicle, the sport bike cut through the gas station on the northeast corner of E 18th and Parade St, continued across the parking lot and entered into the flow of traffic, eastbound on E 18th St, cutting off an oncoming vehicle as it did so.

We did activate our overhead lights and audible siren at that time, and attempted to effectuate a traffic stop on the sport bike in the 800 Blk of E 18th St. Upon hearing our siren and seeing our lights, the operator of the sport bike, later identified as Antonio Tirado, did look back at our patrol vehicle and yell "I AIN'T FUCKING STOPPING FOR YOU!"

Tirado continued to travel East on E 18th St and slowed upon reaching the solid red light at the intersection of E 18th and Ash St. Tirado came to a stop and Tpr Fusco positioned his patrol vehicle at angle slightly in front of Tirado. As our vehicle pulled up near Tirado, I immediately began giving Tirado verbal commands to get off the sport bike through the open window of our patrol vehicle. Tirado continued to shake is head no and verbally argue with me. Tirado then began walking the sport bike backwards, revving the engine in an attempt to get it to shift into gear. I did open the passenger side door of our patrol vehicle and continued giving Tirado commands to get off the sport bike, with which he did not comply. As I stood outside the patrol vehicle, the sport bike did catch gear and accelerated towards our patrol vehicle. I got back into the front passenger seat and attempted to close the front passenger door as Tirado accelerated forward. Tirado did strike the plastic on the bottom of the passenger side door with the sport bike, causing the

| REPORTED OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| 465 Landfried | 08/17/2020 | Brady, Michael | 09/16/2020 |

2 OF 3

**ERIE POLICE DEPARTMENT**
FIELD CASE REPORT          CASE# 2020-00027837

NARRATIVE (continuation)

sport bike to wobble as he continued forward. Tirado was unable to maintain control of the sport bike and he did lay it down at that time.

I immediately exited the patrol vehicle and continued giving Tirado verbal commands to get on his stomach, with which Tirado refused to comply. Tirado then began reaching for his back right hip. Through my training and experience, which includes dozens of firearms related incidents, persons carrying weapons often tuck them inside their waistbands in both the front and rear. I gave Tirado commands to show me his hands and get on his stomach, at which point he continued to reach for his right back pocket. I then advanced on Tirado, gaining control of his left wrist. Tirado tried to pull away from me and flee on foot, at which time his momentum took us both to the ground, where I was able to gain control of his right arm, while Tpr Fusco gained control of his left arm. Tirado was taken into custody at that time. While on his stomach Tirado continued to try and reach into his right back pocket. I did utilize a wrist lock at that time, moving his hands away from the right pocket. While conducting a search, incident to arrest, I retrieved a clear, plastic bag containing a clear, glasslike substance, which through my training and experience including hundreds of narcotics related incidents, was consistent in color, texture and appearance with that of methamphetamine. An additional clear, bag containing several colored pills was also located.

PSP had the sport bike towed by McMillens to their barracks. PSP will be handling the charges and tagging of evidence on this case.

Submitted By: Ptlm Dustin M Landfried #465

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| 465 Landfried | 08/17/2020 | Brady, Michael | 09/16/2020 |

3 OF 3



# PENNSYLVANIA STATE POLICE

**General Offense Report**

GO# PA 2020-1144355          ·Operational Status; PENDING COURT

Related Document

Document: 1 -INITIAL NARRATIVE
Author: 716301 - FUSCO, FRANCIS
Related Date/Time: Aug-17-2020 (Mon.)
Subject:

On 8/17/20 at approximately 1932 Hrs. I was working in uniform in my marked
vehicle K9-81 which is equipped with an MVR system that records both audio
and video. On this day, I had Erie Police Officer Dustin LANDFRIED riding with
me. My MVR captured the events outlined in this report. My attention was drawn
to this vehicle while I was sitting at a red light on E. 18th and Parade St,
in the City of Erie, Erie County. I was the first car at the light and had a
clear view of traffic. (I was traveling east before stopping at the light).
 At this time I observed the Defendant operating a white and red in color
2013 Yamaha FZ6R bearing Pennsylvania registration 2PK61 traveling south on
Parade St. The Defendant turned into the Speed check gas station located on
the northeast corner of Parade and 18th St. The Defendant did not signal to
turn into the gas station and then proceeded to drive straight through the
parking lot and exit onto E. 18th st. The Defendant unsafely pulled out of
the speed check parking lot and into oncoming traffic in the westbound travel
lanes of 18th St. After observing these violations, I activated my emergency
lights and sirens.  I proceeded behind the Defendant and ran the motorcycles
registration, the registration came back with no results.


 Once behind the Defendant, he turned around and looked back at me, the
Defendant then proceeded to shake his head left and right in a "no" manner.
Patrolman LANDFRIED advised me that he believed the Defendant related he was
not going to stop for us. The Defendant reached the intersection of 18th and
Ash and slowed down. I was able to position my patrol vehicle in front of him.
Patrolman LANDFRIED attempted to exit my passenger side door while ordering
the Defendant to get off of the motorcycle. The Defendant attempted to ride
away, at which point he struck my open passenger side door with the left side
of his motorcycle, knocking the Defendant and the motorcycle to the ground.
Patrolman LANDFRIED exited the vehicle and attempted to take the Defendant
into custody. LANDFRIED gave the Defendant several orders to get on the ground
that he did not obey. Both LANDFRIEND and I had to wrestle the Defendant to
the ground to take him into custody. LANDFRIEND and I utilized wrist locks to
get the Defendants hands behind his back. I gained control of the Defendant's
left arm while LANDFRIED had his right. As soon as the Defendant was in
handcuffs he was immedietly picked up off the ground and stood on his feet.


Once the Defendant was secured in handcuffs he was searched incident to arrest
by Officer LANDFRIED. The Defendant was identified by his PA Driver License
as Antonio TIRADO - PA OLN 24716282. TIRADO loudly objected to the search, at
which point, LANDFRIED advised him he was under arrest. TIRADO was searched
incident to arrest. Located on TIRADO's person was:



# PENNSYLVANIA STATE POLICE

### General Offense Report

04-PA-2020-1144355    Operational Status: PENDING COURT

110.23 grams of suspected methamphetamine.

Nineteen (19) blue fentanyl tablets.

$2,088 in United States currency.

These items were located by Officer LANDFRIED, refer to his supplemental report.

TIRADO was transported to the PSP Erie barracks by EPD officers, while I waited with his vehicle so it could be towed from the scene by McMillen's Towing.

PSP members advised me that while at PSP Erie, TIRADO screamed profanities and was uncooperative the entire time he was at the barracks. TIRADO related he needed medical attention, so an ambulance was summoned to come and check him out. The decision to transport TIRADO to UPMC was ultimately made. Tpr. SMITH rode in the back of the ambulance with TIRADO while Cpl. WILLIAMS followed in a marked PSP unit.

Once at the hospital, Cpl. WILLIAMS sat in the room with TIRADO. TIRADO continued to scream profanities his entire time at the hospital. (See Cpl. WILLIAMS supplemental report.) TIRADO was ultimately admitted to UPMC Hamot. PSP members were unable to stay at the hospital due to manpower issues. UPMC staff called the PSP Erie Barracks less than 10 minutes after Cpl. WILLIAMS left the hospital and related TIRADO already signed himself out and left the hospital.

TIRADO was charged with the following:

780-113(a)(30) PWID (F)

session (M)

alia (M)

: - drug(M)

arrest(M2)

f license (no class M) (S)



# PENNSYLVANIA STATE POLICE

**General Offense Report**

)# PA 2020-1144355          Operational Status: PENDING COURT

75 - 3714(a) careless driving(S)


he evidence in this case was sent to the Erie Crime Lab for testing. The lab
eport is attached to this report.


his report shall remain open pending court.

**Related Report Image(s).**

Type:NCIC Paperwork

Description:27 / PINK SLIP

Page 1 of 1

```
ERI061-00136302 MVR 20200817 19:40:31 20200817 19:40:31 1022008233
RESPONSE FROM PENNSYLVANNIA BUREAU OF MOTOR VEHICLES
QUERY: DRI/PA.TMP/2PK61

TMP: 2PK61  TAG TYPE: TEMP
DEALER TYPE: Dealers/Agents
DEALER: CHET ALEKS YAMAHA MARINE INC
        1501 PENINSULA DR
        ERIE           PA   16505
```

Dec. 7. 2020  3:48AM

DUG  1 2020 03·30am      P002
No. 2437   P. 2/14

## SERVICE ATTEMPTS

| OFFICER'S NAME | DATE/TIME | ADDRESS | REMARKS |
|---|---|---|---|
| TPR JEFF CHURCH | 9/3/20 | 524 E. 2ND ST. ERIE PA 16507 | MOM SAID HE WENT TO PITTSBURGH. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## REPORT OF SERVICE

| 46. FINE & COSTS COLLECTED | 47. METHOD | 48. DATE – TIME | 49. NOT COLLECTED ☐ |
|---|---|---|---|
| 50. BAIL – BOND COLLECTED | 51. METHOD | 52. DATE – TIME | 53. NOT COLLECTED ☐ |
| 54. ARRAIGNED BEFORE | 55. ISSUING AUTHORITY ADDRESS | | TELEPHONE NUMBER   –   – |
| 56. COMMITMENT  ☐ RELEASED  ☐ COMMITTED | 57. COMMITMENT REMARKS | | |
| 58. SERVICE REMARKS | | | |

## CERTIFICATION OF SERVICE

| 59. OFFICER – RANK, NAME | SIGNATURE | BADGE NUMBER |
|---|---|---|
| 60. SUPERVISOR – RANK, NAME | SIGNATURE | BADGE NUMBER |