**Exhibit C**

Bodycam / MVR Evidence Log - Evidence of missing or tampered footage, supports Brady violation.

File: D:\PSP_Tirado_20200902_1016\Unknown%2020200817183220K991%2010585826/Strea...

st productive with Microsoft Edge, finish setting up your browser.   Complete setup   Maybe later

**Imported**
Username: System
Destination: \\spmerprapds2001\vide   Occurred At: 2020-09-01T15:32:30.90  Source: spmerprapds2001

**Move**
Username: Import
Destination: \\spmerprapds2001\vide   Occurred At: 2020-09-01T15:31:18.57  Source: spmerprapds2001

**Uploaded**
Occurred At: 2020-09-01T15:31:07.22  Source: spmerprapds2001   Destination: spmerprapds2001

**Viewed**
Username: ffusco   Occurred At: 2020-09-01T15:06:10.63  Source: 10.35.97.134

**Viewed**
Username: ffusco   Occurred At: 2020-09-01T15:03:15.05  Source: 10.35.97.134

**Viewed**
Username: ffusco   Occurred At: 2020-09-01T14:38:15.34  Source: 10.35.97.134

**Viewed**
Username: ffusco   Occurred At: 2020-09-01T14:33:20.04  Source: 10.35.97.134

**Move**
Username: Import
Destination: \\spmerprapds2001\vide   Occurred At: 2020-09-01T14:06:12.39  Source: spmerprapds2001

**Uploaded**
Occurred At: 2020-09-01T14:06:06.79  Source: K9-81   Destination: SPMERPRAPDS2001

**Created**
Occurred At: 2020-08-17T22:32:25.00  Source: K9-81





598 E 18th St