1:25 CV-263

## SUPPLEMENTAL STATEMENT REGARDING DOCKET NUMBER CHANGE

Dated: July 16, 2025

Plaintiff, Antonio Tirado, respectfully submits this Supplemental Statement to clarify, document, and challenge a significant procedural irregularity involving the alteration of his criminal docket number without notice or explanation. The charges arising from the August 17, 2020 incident were initially filed under Docket No. 429 of 2020. Without formal judicial order, public hearing, or notice to Plaintiff, the matter was reassigned to Docket No. 935 of 2021.

This unexplained and unannounced docket reassignment raises serious due process concerns, substantially prejudicing Plaintiff's ability to defend against the charges and to assert his constitutional and statutory rights. The Commonwealth's failure to provide justification or proper notice for this change demonstrates a lack of procedural integrity and may indicate an attempt to obscure the original filing date, delay trial proceedings, evade Rule 600 speedy trial requirements, and shield prior judicial and prosecutorial misconduct from scrutiny.

The docket manipulation has multiple legal and evidentiary implications, including but not limited to:

1. Interference with Rule 600 speedy trial calculations;

2. Hindrance of discovery and access to critical case documents;

3. Obstruction of public access to court records and filings;

4. Concealment of prior judicial actions and procedural missteps;

5. Potential violation of Plaintiff's Fourteenth Amendment rights to due process and equal protection.

WHEREFORE, Plaintiff respectfully requests that this Court:

a. Take judicial notice of the docket number alteration and the absence of formal explanation or order;

b. Permit Plaintiff to submit supplemental briefing, seek sanctions, or request other appropriate remedies;

c. Determine whether the reassignment constitutes a violation of constitutional rights and procedural rules;

d. Provide such other relief as the Court deems just and proper to restore procedural integrity and safeguard Plaintiff's rights.

RECEIVED

AUG 21 2025

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

Respectfully submitted,

*(signature)*

Antonio Tirado
Plaintiff, Pro Se
647 West 8th St Apt 2
Erie, PA 16502
(Phone Number)
305-501-3867

July 16th, 2025